1Worldsync Inc
Dept 781341
PO Box 78000
Detroit, MI 48278-1341


3V Sigma Usa Inc
888 Woodstock Street
Georgetown, SC 29440


3V Sigma USA Inc
PO Box 409198
Atlanta, GA 30384-9198


A Pallett Company
1305 S Bedford Street
Indianapolis, IN 46221


Aakash Chemicals
561 Mitchell Road
Glendale Heights, IL 60139


Aakash Chemicals
PO Box 3980
Portland, OR 97208-3980


AC Nielsen
Lockbox T45980C
PO Box 4598 Postal Station A
Toronto, ON M5W 4Y3
Canada


AC Nielsen
PO Box 3980
Portland, OR 97208-3980


AC Nielsen Inc
Lockbox T45980C
Toronto, ON M5W 4Y3
Canada

AC Nielsen Inc
PO Box 88956
Chicago, IL 60695


Adesso Solutions Inc
3701 Algonquin Suite 270
Rolling Meadows, IL 60008


Adesso Solutions LLC
PO Box 915020
Dallas, TX 75391


Adp
1 Adp Boulevard
Roseland, NJ 07068


ADQ Inc
4084 Perry Blvd
Whitestown, IN 46075


Advantage Sales Marketing
PO Box 31001 1691
Pasadena, CA 91110-1691


Advantage Sales Mktg Cn
C/O Wm Dunne Associates
10 Directors Ct 300
Woodbridge, ON L4L 7E8
Canada


Advantage Sales Mktg Cn
Dept CH14106
Palatine, IL 60055-4106


Aesus Packaging Systems Inc
188 Oneida Drive
Point Claire, QC H9R 1A8
Canada

Airgas Safety Inc
259 North Radnor Chester Rd Suite 100
Radnor, PA 19087


Airgas Safety Inc
PO Box 951884
Dallas, TX 75395


Airlite Plastics Co
PO Box 8400
Omaha, NE 68108


AKZO Chemical Corp
525 West Van Buren
Chicago, IL 60607


Akzo Nobel Functional
PO Box 742582
Atlanta, GA 30374-2582


Alan P Radovic
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Alden Hd Event Sol LLC
1 Enterprise Drive Suite 212
Shelton, CT 06484-4631


Alpla Inc
289 Highway 155 South
Mcdonough, GA 30253


Amca Sales Limited
100 Simmonds Drive
Dartmouth, Ns B3b 1n9
Canada


American Cleaning Institute
1331 L Street NW Suite 650
Washington, DC 20005

American Dyestuff Corp
855 Valley Road Suite 4
Clifton, NJ 07013


American Label Products
PO Box 468
Zionsville, IN 46077


American Packaging Corp
100 APC Way
Columbus, WI 53925


Angel/Cotton Assoc Inc
1977 Freeman Avenue
Signal Hill, CA 90755


Angela Daniels
14371 Sherbrook Place
Lake Oswego, OR 97035


Angela Daniels
c/o Phoenix Brands LLC
Lake Oswego, OR 97035


Anita Marie Waltz
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Anne Bilello
The Knolls
4102 Salisbury Park
East Meadow, NY 11554


Anthony W Jackson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

Armour Logistics Services
350 English Drive
Moncton, NB E1E 3Y9
Canada


Arrow Container LLC
5343 Commerce Square Dr
Indianapolis, IN 46237


ASM National Office
Department 100
PO Box 31001 1691
Pasadena, CA 91110-1691


ASM National Office
PO Box 742582
Atlanta, GA 30374-2582


Associated Food Stores LLC
1800 West 2100
South Salt Lake City, UT 84119


Baker Mechanical Services
5671 Guion Road
Indianapolis, IN 46254


Bank of America NA
re Fifth Street Finance Corp
Attn Matt Abrams
100 Federal Street
Boston, MA 02110


Barry L Kay
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Be 3 Marketing Group LLC
PO Box 205
Wilton, CT 06897

Becky Codalata
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Belmark Inc
600 Heritage Road
PO Box 5310
De Pere, WI 54115-5310


Berry Plastics Corp
1810 Portal Street
Windsor Mill, MD 21244


Berry Plastics Corp
Dept CH14106
Palatine, IL 60055-4106


Berry Plastics Corp
PO Box 633485
Cincinnati, OH 45263-3485


Berry Plastics Corp
PO Box 959
Evansville, IN 47706


Bette Kiernan
1380 Oak Reek Dr Apt 212
Palo Alto, CA 94304


Bfl Canada Risk Ins SVC
181 University Avenue Suite 1605
Toronto, ON M5H 3M7
Canada


Bfl Canada Risk Insurance Services
181 University Avenue 1605
Toronto, ON M5H 3M7
Canada

Big Y Foods
2145 Roosevelt Ave
PO Box 7840
Springfield, MA 01102-3050


Bottom Line Courier Corp
PO Box 1492
Indianapolis, IN 46206


Braden Business Systems
9430 Priority Way W Drive
Indianapolis, IN 46240


Bradford Soap Works Inc
200 Providence St
West Warwick, RI 02893


Bradford Soap Works Inc
4705 Solutions Cntr
Chicago, IL 60677-4006


Bradford Soap Works Inc
Lbx 774705
4705 Solutions Center
Chicago, IL 60677-4006


Brenntag Mid South Inc
3796 Reliable Parkway
Chicago, IL 60686-0037


Brenntag Specialties Inc
PO Box 8500 50510
Philadelphia, PA 19178-0510


Brickyard Fire Protection
7313 Mayflower Park Drive
Zionsville, IN 46077


Brighthouse Networks
PO Box 30262
Tampa, FL 33630 3262

Brighthouse Networks
3030 Roosevelt Avenue
Indianapolis, IN 46218


Bureau Veritas Consumer
1404 Joliet Road Suite G
Chicago, IL 60446


Cablevision Lightpath Inc
200 Jericho Quadrangle
Jericho, NY 11753


Cablevision Lightpath Inc
1111 Stewart Avenue
Bethpage, NY 11714


Cablevision of Conn
PO Box 9256
Chelsea, MA 02150


Can Insurance
Po Box 790094
St Louis, MO 63179-0094


Canada Revenue Agency
875 Heron Road
Ottawa, ON K1A 1B1
Canada


Canteen Refreshments/Java
2400 Yorkmont Road
Charlotte, NC 28217


Cargill Incorporated
PO Box 415927
Boston, MA 02241-5927


Carolina Logistic Service Inc
PO Box 751732
Charlotte, NC 28275-1732

Carolina Logistic SVC Inc
2801 Pilgrim Court
Winston-Salem, NC 27108


Central Scale Inc
4915 East 16th Street
Indianapolis, IN 46201


Central Scale Inc
PO Box 11036
Indianapolis, IN 46201


Central Supply Co Inc
PO Box 1982
Indianapolis, IN 46206


Charlie Viers
140 Bennett Loop
Natchitoches, LA 71457


Chase Manufacturing
PO Box 70
Maywood, IL 60153


Chase Manufacturing
Dept 10323 PO Box 87618
Chicago, IL 60680


Chase Products Co
PO Box 70
Maywood, IL 60153


Chep
C/O Th1230
PO Box 4290 Stn A
Toronto, ON M5w 0e1
Canada


Chep USA
15226 Collections Center Drive
Chicago, IL 60693

Christopher Mcgovern
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Cincinnati Bell
PO Box 748001
Cincinnati, OH 45274-8001


Cincinnati Bell
Po Box 748003
Cincinnati, OH 45274-8003


Ciner Wyoming Llc
254 County Road 4 6
Green River, WY 82935


Cintas Corporation
6800 Cintas Blvd
Cincinati, OH 45262


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-0803


Citizens Energy Group
PO Box 7056
Indianapolis, IN 46207


Citizens Energy Group
2020 North Meridian St
Indianapolis, IN 46202


Claire Konikoff
5 Sadore LN Apt 2R
Yonkers, NY 10710


Clara King
2110 E 36Th Ave
Anchorage, AK 99508

Clark Drouin Lefebvre Inc
1301 Gay Lussac
Boucherville, QC J4B 7K1
Canada


Cmit Solutions
320 7th Ave 106
Brooklyn, NY 11215


Cna Insurance
PO Box 790094
St Louis, MO 63179-0094


Comcast Cable
1701 JFK Blvd
Philadelphia, PA 19103


Comcast Cable
PO Box 7500
Southeastern, PA 19398


Consolidated Container Co
3101 Towercreek Parkway Suite 300
Atlanta, GA 30339


CQ Solutions
2302 Air Park Drive
Burlington, NC 27215


Cq Solutions
54504 Craig
Chapel Hill, NC 27517


Crichlow Products Company
2015 Madison Ave
Indianapolis, IN 46225-1863


Cyba Stevens
100 3016 19th Street Nc
Calgary Alberta, T2e 6y9
Canada

Cygnus Corp
Dept Ch14106
Palatine, IL 60055-4106


Cygnus Corp
340 East 138th Street
Riverdale, IL 60827


Cynthia Ann Fields
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Darrell Greb
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Dawn Drost
3006 Hampstead Dr
Owens Cross Roads, AL 35763


DE Secretary of State
401 Federal Street
Dover, DE 19901


Deborah Kay Elliott
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Delaware Division of Revenue/Bankruptcy
Attn Zillah A Frampton
Carvel State Office Building 8th Floor
Wilmington, DE 19801


Delaware Secretary of State
Division of Corporations
Franchise Tax Division
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd Suite 100
Dover, DE 19904


Dentsu America Inc
32 Avenue Of The Americas
New York, NY 10013


Depeedro Fredricks
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Diane Begalla
2921 Sugarwood Dr
League City, TX 77573


Diane Giancola
14 Westover Ave
Stamford, CT 06902


Dierbergs Markets
16690 Swingley Ridge Road
Chesterfield, MO 63017


Division of Unemployment Ins
Department of Labor
4425 N Market Street
Wilmington, DE 19802


Douglas A Mills
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Douglas V Wilson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

Driessen Water Inc
110 West Fremont Street
Owatonna, MN 55060


Driessen Water Inc
9220 Corporation Drive
Indianapolis, IN 46256


Ds Container
1789 Hubbard Avenue
Batavia, IL 60510


Dunn Bradstreet
PO Box 75434
Chicago, IL 60675-5434


Dynamic Funds
1 Adelaide St E Ste 2900
Toronto, ON M5C 2V9
Canada


Eastgate Graphics Inc
611 Norgal Drive
Lebanon, OH 45036


Efax Corporate C/O J2
6922 Hollywood Blvd 5th Floor
Los Angeles, CA 90028


eFax Corporate c/o J2
J2 Global Inc
eFax Corporate
6922 Hollywood Blvd Suite 500
Los Angeles, CA 90028


Eldon Cox
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

Elwood Staffing
37923 Mound Road
Sterling Heights, MI 48310


Ems Inc
12111 Emmet Street
Omaha, NE 68164


Fairway Group Central Service
2284 12th Street
New York, NY 10027


Fastenal Company
2001 Theurer Blvd
Winona, MN 55987


Faultless Starch/Bon Ami Company
1025 West 8Th Street
Kansas City, MO 64101


FEDEX
942 South Shady Grove Road
Memphis, TN 38120


Fedex
PO Box 94515
Palatine, IL 60094-4515


Fedex Freight East Inc
Dept Ch PO Box 10306
Palatine, IL 60055-0306


Fifth Street Asset Management Inc
777 West Putnam Avenue
Third Floor
Greenwich, CT 06830


Fifth Street Finance Corp
Attn General Counsel
10 Bank St 12th Floor
White Plains, NY 10606

Fletcher M Spencer
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Franklin Road Realty LLC
1465 Monroe Avenue
Rochester, NY 14618


Frontier Communication
PO Box 20550
Rochester, NY 14602 0550


Frontier Communications
PO Box 20550
Rochester, NY 14602-0550


George Barnes
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


George Barnes Consulting LLC
139 Highland Ave
Norwalk, CT 06853


Georgia Pacific
Lockbox 93350 GP Receivables Inc
Chicago, IL 60673-3350


Giancola Janice Dianne
14 Westover Avenue
Stamford, CT 06902


Givaudan Fragrances Corp
717 Ridgedale Avenue
East Hanover, NJ 07936


Givaudan Fragrances Corp
Dept 2549
Carol Stream, IL 60132-2549

Gladys Jett
6442 N Foothills Dr
Tucson, AZ 85718


Gordon Q Miller
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Gp Receivables Inc
PO Box 93350
Chicago, IL 60673-3350


Grainger
100 Grainger Parkway
Lake Forest, IL 60045


Grainger
Dept 804483386
Palatine, IL 60038-0001


GreatAmerica Financial
625 1st Street Southeast Suite 800
Cedar Rapids, IA 52401


Gregory Dunkerson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


GS1 Canada TH1029
PO Box 4283 Postal Station A
Toronto, Ontario M5W 5W6
Canada


Harcros Chemicals Inc
PO Box 74583
Chicago, IL 60696

Harvard Maintenance Inc
2 South Biscayne Blvd Suite 3650
Miami, FL 33131


Henson Sales Group Ltd
487 Devon Park Drive Suite 200
Wayne, PA 19087


Hinckley Springs
200 Eagles Landing Boulevard
Lakeland, FL 33810


Hoosier Freight Warehouse
3010 West 650 North
Taylorsville, IN 47280


Horwitz Associates Inc
9100 N Purdue Rd Suite 115
Indianapolis, IN 46268


Horwitz Associates Inc
9100 Purdue Road Suite 101
Indianapolis, IN 46268


HP Products Corporation
3000 Hanover Street
Palo Alto, CA 94304


Hp Products Corporation
PO Box 68310
Indianapolis, IN 46268


Human Capital Management LLC
3106 Avalon Drive
Avalon Huntington
Shelton, CT 06484


Human Capital Mgmnt LLC
3106 Avalon Drive
Shelton, CT 06484-7610

Huntsman Petrochemical
52 Kendall Pond Road
Derry, NH 03038


Ibm Corporation
PO Box 643600
Pittsburgh, PA 15264-3600


IBM Corporation
1 New Orchard Road
Armonk, NY 10504


ID Technology Corp
2051 Franklin Drive
Fort Worth, TX 76106


Indiana Department Of Revenue
Special Tax Section Hc500
PO Box 6080
Indianapolis, IN 46206-6080


Industrial Sales
5640 Professional Circle
Indianapolis, IN 46241


Ingredion Incorporated
1001 First St Sw
Cedar Rapids, IA 52404


Ingredion Incorporated
12981 Collections Ctr Dr
Chicago, IL 60693


INMAR
50 Dynamic Drive Suite 2
Toronto, ON M1V 2W2
Canada


Innovative Info Solutions
61 Interstate Lane
Waterbury, CT 06705

Insperity
1825 Barrett Lakes Blvd NW Suite 400
Kennesaw, GA 30144


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


International Paper
2540 Prospect Court Fox Valley Plant
Aurora, IL 60502


International Paper
6400 Poplar Avenue
Memphis, TN 38197


International Paper
4400 Progress Blvd Louisville Plant
Louisville, KY 40218


International Paper
PO Box 644095
Pittsburgh, PA 17307


International Paper
3 Park Ave
New York, NY 10016


International Paper
140 Summerhill Road Spotswood Plant
Spotswood, NJ 08884


International Paper
136 East York Street Biglerville Plant
Biglerville, PA 17307


International Paper
1001 Knell St Montgomery Plant
Montgomery, IL 60538

International Paper
3200 County Line Road
Madison , OH 44057


International Paper
1601 5Th Street Lincoln Plant
Lincoln, IL 62656


James P Corcoran
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jamie Gibson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jane Gilmer
3611 S Vista Pl
Chandler, AR 85248


Janet S Thompson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jason Hitchen
1915 27th Ave NE Bay 101
Calgary, AB T2E 7E4
Canada


Jeannie M Brown
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jeff Stevens
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

Jeffrey L Wilson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jeffrey R Gildea
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jeffrey Wilson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jessica Levy
47 Lamb Street
South Hadley, MA 01075


Jill Ann Boerger
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Jill Najarian
7265 Senator St
Detroit, MI 48209


John Ceperich
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Joseph Coughlin
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Joseph Fried
113 Forrest St
Conshohocken, PA 19428

Joyce Bell
1524 N 51St Street
Milwaukee, WI 53208


JP Morgan Chase Bank N A
Re Madison Capital Funding LLC
270 Park Avenue
New York, NY 10017


JR Chemical Inc
148 Research Drive Suite B
Milford, CT 06460


Jr Chemical Inc
27 Sasqua Rd
Norwalk, CT 06855


JR Cole Industries Inc
435 Minuet Lane
Charlotte, NC 28217


Jubilee Sales Company
2801 Wade Hampton Blvd
Pmb 154
Taylors, SC 29687


Karns Foods
675 Silver Spring Road
Mechanicsberg, PA 17050


Karpata Instore Service LLC
PO Box 141515
Grand Rapids, MI 49514-1515


Kathleen A Dreyer
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

Kathleen Conlon
5925 Northwest Hwy
Chicago, IL 60631


Kathy Ciallela
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


KEKE Consulting LLC
37 James St
Hopelawn, NJ 08861


Kelly Robb
8094 Monterui Dr
Kirtland, OH 44094


Kenerson Associates Inc
50 Dunham Road Second Floor
Beverly, MA 01915-1882


Key Food
2251 Main Street
Bridgeport, CT 06606


Kimberly Faulkner
2805 White Blossom Ln
Suwanee, GA 30024


Kirby Risk Corporation
1815 Sagamore Parkway North
Lafayette, IN 47904


Kirby Risk Corporation
27561 Network Place
Chicago, IL 60673-1275


Kirkland Ellis LLP
Attn Andres C Mena/Frederick Tanne
601 Lexington Ave
New York, NY 10022-4611

```
Klatt Jorwic Associates
127 W Wrightwood
Elmhurst, IL 60126


Kleinschmidt Inc
PO Box 650
Pittsfield, ME 04967


Kleinschmidt Inc
450 Lake Cook Road
Deerfield, IL 60015


Konica Minolta Leasing
PO Box 41602
Philadelphia, PA 19101-1602


Korex Chicago LLC
6200 W 51st Street
Chicago, IL 60638


Kraft Chemical Company
1975 Hawthorne Ave
Melrose Park, IL 60160


Kraft Chemical Company
PO Box 75673
Cleveland, OH 44101-4755


Kristina Marie Repass
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Lab Support
33035 Collections Center Drive
Chicago, IL 60693-0330


Lab Support
9000 Keystone Crossing Suite 930
Indianapolis, IN 46240
```

Landmark Square 1 6 LLC
360 Hamilton Avenue 1st Floor
White Plains, NY 10601


Landmark Square 1 6 LLC
PO Box 416906
Boston, MA 02241-6906


Leadertech Colors Inc
520 Elm Street
Kearny, NJ 07032


Leatex Chemical Company
2722 North Hancock Street
Philadelphia, PA 19133


Lh Gamble Co Ltd
3615 Harding Ave 502
Honolulu, HI 96816


Lincolnshire Management Inc
780 Third Avenue 40th Floor
New York, NY 10017


Lisa Corich
9751 Barth Dr
Zionsville, IN 46077


Lisa Fishburn
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Lockton Companies LLC
444 W 47th St Suite 900
Kansas City, MO 64112-1906


Lori Sue Sullivan
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

```
Madison Capital Funding
Attn Accounts Manager Phoenix Brands
30 South Wacker Drive Suite 3700
Chicago, IL 60606


Margaret McNulty
63 Upper Church St
West Springfield, MA 01089


Margurete Long
124 Colwick Dr
Somers Point, NJ 08244


Marietta Corporation
106 Central Ave
Cortland, NY 13045


Marietta Corporation
Dept Ch14106
Palatine, IL 60055-4106


Marion County Treasurer
200 East Washington Street Suite 1001
Indianapolis, IN 46204


Mark Hannel
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Mark V Croup
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Mark W Hueber
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901
```

Mark/Trece Inc
PO Box 824906
Philadelphia, PA 19182-4906


Markem Imaje Corporation
1650 Airport Road Suite 101
Kennesaw, GA 30144


Markem Imaje Corporation
PO Box 3542
Boston, MA 02241


Mars Super Markets Inc
9627 Philadelphia Road
Rosedale, MD 21237


Mary Buterin
8 Downes Street
St Marys Sydney
NSW 2760
Australia


Mary Skinner
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Mays Chemical Company
5611 East 71st Street
Indianapolis, IN 46220


Mccloud Services
1635 North Lancaster Rd
South Elgin, IL 60177


Mccloud Services
2645 Rand Rd
Indianapolis, IN 46241

```
Melissa K Wilson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Menlo Warehouse
1717 NW 21st Ave
Portland, OR 97209


Menlo Warehouse
PO Box 3980
Portland, OR 97208-3980


Menlo Warehouse
Dept 10323 PO Box 87618
Chicago, IL 60680


Menlo Worldwide Logistics
1717 NW 21st Ave
Portland, OR 97209


Menlo Worldwide Logistics
Lockbox 778494 8494 Solution Center
Chicago, IL 60677-8004


Menlo Worldwide Logistics
PO Box 3980
Portland, OR 97208-3980


Michael Johnson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Michael M Johnson
40 Patricia Drive
Huntington, CT 06484


Michael M Johnson
PO Box 3980
Portland, OR 97208-3980
```

Milliken Company
875 Avenue of the Americas
New York, NY 10018


Milliken Company
PO Box 7247 8959
Philadelphia, PA 19170


Morgan Sampson/Sca
11155 Dana Circle
Cypress, CA 90630


Morton Salt
PO Box 93052
Chicago, IL 60673-3052


Motion Industries Inc
1605 Alton Drive
Birmingham, AL 35210


Motion Industries Inc
PO Box 98412
Chicago, IL 60693


MSP Seals Inc
6169 W Stoner Dr
Greenfield, IN 46140


Multi AD Service Inc
1720 West Detweiler Drive
Peoria, IL 61615


Multi Color Graphics
4053 Clough Woods Drive
Batavia, OH 45103


Multi Color Graphics
PO Box 3980
Portland, OR 97208-3980

Multi Color Graphics
PO Box 642495
Pittsburgh, PA 15264-2495


Multi Pack Chicago Llc
1804 W Central Rd
Mount Prospect, IL 60056


Multi Pack Chicago LLC
Lockbox 778494
8494 Solution Center
Chicago, IL 60677-8004


Multi Pack Chicago LLC
PO Box 790379
Saint Louis, MO 63179-0379


Nancrede Engineering
5356 Hillside Avenue Suite C
Indianapolis, IN 46220


Navarro Discount
1 CVS Drive
Woonsocket, RI 02895


Navarro Discount
9400 Nw 104Th Street
Miami, FL 33178


Nch Marketing Services Inc
155 North Pfingsten Road Suite 200
Deerfield, IL 60015


NewsAmerica Marketing
20 Westport Road Suite 100
Wilton, CT 06897


Noble Of Indiana
7701 East 21st Street
Indianapolis, IN 46219

Novozymes North America
77 Perry Chapel Church Road
Franklinton, NC 27525


Novozymes North America
PO Box 7247 7554
Philadelphia, PA 19170-7554


Office of The United States Trustee
844 King Street Suite 2313 Lockbox 35
Wilmington, DE 19801-3519


Office Three Sixty Inc
7301 Woodland Drive
Indianapolis, IN 46278


Ogletree Deakins
Post Office Box 89
Columbia, SC 29202


Old Dominion Freight Line
500 Old Dominion Way
Thomasville, NC 27360


Old Dominion Freight Lines
14933 Collections Ctr Dr
Chicago, IL 60693-4933


On The Shelf LLC
163 East Main Street
Little Falls, NJ 07424


Pachulski Stang Ziehl Jones LLP
Attn Laura Davis Jones
919 North Market Street 17th Floor
Wilmington, DE 19801


Packaging Credit Co LLC
1900 West Field Court
Lake Forest, IL 60045

Packaging Equipment Films
15261 Stony Creek Way
Noblesville, IN 46060


Paige Blackman
8/82 Cromwell Rd
South Yarra
Victoria 3141
Australia


Pankow Associates
PO Box 45
Skokie, IL 60076-0045


Peerless Marketing Group Inc
PO Box 795754
Dallas, TX 75379


Peggy L Smith
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Pension Benefit Guaranty Corporation
PO Box 105758
Atlanta, GA 30348-5758


Phoenix Brands LLC A Delaware LLC
1 Landmark Square 18
Stamford, CT 06901


Phoenix Closures Inc
1899 High Grove Lane
Naperville, IL 60540


Phoenix Closures Inc
PO Box 75008
Chicago, IL 60675-5008

Pinnacle Sales
6300 Stonewood Drive Suite 100
Plano, TX 75024


Pinpoint Data LLC
339 Somerset Street
Plainfield, NJ 07060


Precision Rubber Plate
5620 Elmwood Ave
Indianapolis, IN 46203


Printer Zinc Inc
1047 Broadway
Anderson, IN 46012


Product Savers
12838 Stainless Drive
Holland, MI 49424


Propark Inc
One Union Place
Hartford, CT 06103


Propharma Group
2635 University Ave West Sui19
Saint Paul, MN 55114


Propharma Group
8717 West 110th Street Suite 300
Overland Park, KS 66210


Proskauer Rose LLP
Attn Gary J Creem
One International Place
Boston, MA 02110


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Ra Jones Company
3598 Solutions Centr
Chicago, IL 60677-3005


Raymond Hoaglend Stack Jr
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Rays Trash Service Inc
3859 East US Highway 40 PO Box I
Clayton, ID 46118


Rays Trash Service Inc
3859 US 40
Clayton, IN 46118


Rebecca Codalata
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Receiver General
7321 Victoria Park A Suite 203
Markham, ON L3R 2Z8
Canada


Receiver GenL For Canada
125 Commerce Valley Dr West Suite 750
Thornhill, ON L3T 7W4
Canada


Red Label Sports Inc
220 North 6th Street
Boise, ID 83702


Red Label Sports Inc
3526 W Windsor
Boise, ID 83705

Regions Bank
250 Park Avenue 6th Floor
New York, NY 10177


Regulatory Technical Associates
30 Neck Road
Old Lyme, CT 06371


Repositrak
299 South Main Street Suite 2370
Salt Lake City, UT 84111


Retail Marketing Group
755 Bussiness Center Group Suite 100
Horsham, PA 19044


Ricky Bemis
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Robert Phillips
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Robinson Cole LLP
280 Trumbull Street
Hartford, CT 06103


Roche Bros
70 Hastings Street
Wellesley, MA 02481


Rocket It Pocket
5609 Big Horn Crossing
Fort Collins, CO 80526


Roto Rooter Services Co
5672 Collections Cntr Dr
Chicago, IL 60693

Royal Bank of Canada
2 Bloor Street East 2nd Floor
Toronto, ON M4W 1A8
Canada


Ruth Gallogly
176 Seely Street Apt 6f
Brooklyn, NY 11218


Sam Chess
1482 Dekalb Ave Apt 2R
Brooklyn, NY 11237


Samantha Harrison
2864 Hannon Hill Dr
Tallahassee, FL 32309


Scott Popp
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Securities Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549


Securities Exchange Commission
New York Regional Office
Attn Andrew Calmari Regional Director
200 Vesey Street Suite 400
New York, NY 10281-1022


Shell Chemical LLP
PO Box 2463
Houston, TX 77252


Shell Chemical LP
PO Box 915020
Dallas, TX 75391

Shorr Packaging Corp
4000 Ferry Road
Aurora, IL 60502


Skyliner Sales Corp
158 Barrister Drive
Butler, NJ 07405


Snf Holding Company
1 Chemical Plant Road
Riceboro, GA 31323


Sommer Metalcraft Corp
315 Poston Drive
PO Box 688
Crawfordsville, IN 47933


Sonitrol of Indianapolis Inc
219 E St Joseph Street
Indianapolis, IN 46202


Speggy Smith
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


SPS Commerce
333 South Seventh Street Suite 1000
Minneapolis, MN 55402


Sps Commerce
PO Box 9202
Minneapolis, MN 55480-9202


ST Vincent EAP
2001 West 86th Street
Indianapolis, IN 46260


Staples Advantage
PO Box 83689
Chicago, IL 60696-3689

Staples Business Advantage
500 Staples Drive
Framingham, MA 01702


State of Delaware
820 N French Street
Division of Revenue 8th Floor
Wilmington, DE 19801-0820


Stepan Company
Edens and Winnetka Road
Northfield, IL 60093


Stepan Company
PO Box 13799
Newark, NJ 07188-0799


Stephani Yeley
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Stephen Gould
35 S Jefferson Road
Whippany, NJ 07981


Stephen Sweet
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Stericycle Comsol
28161 North Keith Drive
Lake Forest, IL 60045


Steve Sweet
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

Sun Products
3540 West 1987 South
PO Box 25057
Salt Lake City, UT 84125


Sun Products
60 Danbury Road
Wilton, CT 06897


Superior Materials Inc
585 Stewart Avenue Suite 710
Garden City, NY 11530


Taylor Communications Inc
600 Albany Street
Dayton, OH 45417


Technics in Design LLC
4251 NW 66th Lane
Boca Raton, FL 33496


Technics In Design LLC
1821 SW 56th Ave
Fort Lauderdale, FL 33317


Teltec
1302 S High School Road
Indianapolis, IN 46241


Teresa K Clark
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


Testa Fabrics Inc
Delaware Avenue
Pittston, PA 18643


The Henson Sales Group Inc
116 Oakside Drive
Smithtown, NY 11787

The Peterson Company LLC
12500 Fair Lakes Circle Suite 400
Fairfax, VA 22033


The Peterson Company LLC
7132 Zionsville Road
Indianapolis, IN 46278


Tri K Industries Inc
2 Stewart Court
Denville, NJ 07834


Tronox Alkali Wyoming Corp
580 Westvaco Road
Green River, WY 82935


Tronox Alkali Wyoming Corp
PO Box 98201
Chicago, IL 60693


Tryco Inc
PO Box 51951
Livonia, MI 48151


Tye Williams
716 Zimalcfrest Dr Apt 2511
Columbia, SC 29210


Tynan Equipment Company
5926 Stockberger Place
Indianapolis, IN 46241


U S Attorneys Office
PO Box 2046
1201 Market St Suite 1100
Wilmington, DE 19899-2046


Uline
PO Box 88741
Chicago, IL 60680-1741

Uline
Uline Drive
Pleasant Prairie, WI 53158


Unipak LLC
2501 Plantside Drive
Louisville, KY 40299


United Furniture Workers
1910 Airline Drive
Nashville, TN 37210


United Furniture Workers
PO Box 100037
Nashville, TN 37224


Univar Usa Inc
13009 Collections Ctr Dr
Chicago, IL 60693


Univar USA Inc
3075 Highland Parkway Suite 200
Downers Grove, IL 60515


Universal Logistics
125 Commerce Valley Dr West Suite 750
Thornhill, ON L3T 7W4
Canada


Universal Logistics USA
125 Commerce Valley Dr West Suite 750
Thornhill, ON L3T 7W4
Canada


UPC
Lockbox 577
Carol Stream, IL 60132-0577


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

UPS Freight
1000 Semmes Avenue
Richmond, VA 23218


Ups Freight
28013 Network Place
Chicago, IL 60673-1280


Us Nuclear Regulatory Com
PO Box 979051
St Louis, MO 63197-9000


US Nuclear Regulatory Commission
Washington, DC 20555


Verizon Wireless
PO Box 15062
Albany, NY 12212 5062


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Victoria Goring
411 W 6th St
San Pedro, CA 90731


Vijaya Garimella
1079 David Walker Dr
Tarares, FL 32778


VWR International Inc
Radnor Corporate Center Building One
Suite 200
Radnor, PA 19087

W J Beitler Co
2150 Roswell Drive
Pittsburgh, PA 15205


W J Beitler Co
3379 Stafford St
Pittsburgh, PA 15201


Waypoint
PO Box 844109
Los Angeles, CA 90084-4109


Westrock CP LLC
504 Thrasher Street
Norcross, GA 30071


Wiese USA
4549 West Bradbury
Indianapolis, IN 46241


Wiese USA
PO Box 60106
Saint Louis, MO 63160


William H Littlefield
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


William Lee Taylor
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901


William Schmitt
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901

William Schmitt LLC
103 Linden Ave
Branford, CT 06405


Winn Dixie Stores/Bi Lo
PO Box 850001
Orlando, FL 32885-0230


With Integrity Enterprise
42859 Iron Bit Place
Chantilly, VA 20152


Wm M Dunne Assoc Ltd
10 Director Court Suite 300
Woodbridge, Ontario L4l 7e8
Canada


Worldwide Dispensers
78 Second Avenue South
Lester Prairie, MN 55354


Xerox Corporation
800 Long Ridge Road
Stamford, CT 06902


You Technology LLC
1000 Marina Blvd Suite 300
Brisbane, CA 94005


YRC
10990 Roe Avenue
Overland Park, KS 66211


Yvonne Ann Dickinson
c/o Phoenix Brands LLC
1 Landmark Square 18
Stamford, CT 06901