IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHOENIX BRANDS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11242 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 4** |

## ORDER AUTHORIZING
## THE DEBTORS TO FILE A CONSOLIDATED LIST OF CREDITORS IN
## LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DEBTOR

This matter coming before the Court on the Motion for an Order a) authorizing the Debtors to file a consolidated list of creditors in lieu of submitting separate mailing matrices for each Debtor, and (b) granting related relief, (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and good and sufficient cause having been shown;

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Phoenix Brands LLC, (4609), Phoenix Brands Parent LLC, (8729), Phoenix North LLC, (no EIN), and Phoenix Brands Canada ULC (a Nova Scotia Company). The address of each of the Debtors is 1 Landmark Square, Suite 1810, Stamford, CT 06901, except Phoenix Brands Canada ULC, which is Box 50, 1 First Canadian Place, Toronto, Ontario, Canada M5X 1B8.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

IT IS HEREBY ORDERED THAT:

(a) The Motion is GRANTED.

(b) The requirements of Local Rule 1007–2(a) and Local Rule 2002–1(f)(v) that separate mailing matrices be submitted for each Debtor are permanently waived, and the Debtors are authorized to submit a consolidated list of creditors; provided, however, that if any of these chapter 11 cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its creditor mailing matrix.

(c) The Debtors are authorized to use a corporate work address in lieu of a home address for any employee on the matrix, consolidated list of creditors, and Schedules or Statement of Financial Affairs.

(d) This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 23, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge