## EXHIBIT A

### Schedule of Bank Accounts

| Bank | Last 4 Digits of Account Number | Type |
|---|---|---|
| Regions Bank | 2240 | Control Account |
| Regions Bank | 9599 | Payroll Account |
| Regions Bank | 3719 | Lockbox Account |
| Regions Bank | 6614 | Disbursement Account |
| Royal Bank of Canada | 9253 | General Account |
| Royal Bank of Canada | 0286 | General Account |