# EXHIBIT 1

## Critical Broker Agreement

To: [Critical Broker]
[Name]
[Address]

_____, 2016

Re:     **In re Phoenix Brands LLC, et al.**

Dear Valued Broker,

As you are aware, Phoenix Brands LLC, and several related companies (collectively referred to herein as the "Company") filed voluntary petitions for relief (the Bankruptcy Cases") under chapter 11 of the United States Bankruptcy Code for the District of Delaware (the "Bankruptcy Court") on _____, 2016 (the "Petition Date"). On the Petition Date, the Company requested the Bankruptcy Court's authority to pay, in the ordinary course of business, the pre-bankruptcy claims of certain brokers, in recognition of the importance of the Company's relationship with such brokers and its desire to have the Bankruptcy Cases make as little impact as possible on the Company's ongoing business operations. On _____, 2016, the Bankruptcy Court entered an order (the "Order") authorizing the Company, under certain conditions, to pay all or portions of the prepetition claims of certain brokers that agree to the terms set forth below and to be bound by the terms of the Order (the "Critical Broker Payment Program"). A copy of the Order is enclosed.

To receive payment on account of prepetition claims, you must agree to continue to provide services to the Company based on Governing Trade Terms (as defined in the Order) the normal and customary trade terms, practices, and programs (including, but not limited to, credit limits, pricing, cash discounts, timing of payments, allowances, rebates, coupon reconciliation, and other applicable terms and programs) that were most favorable to the Company prior to the Petition Date, or such other terms as you and the Company agree to.

For purposes of administration of this Critical Broker Payment Program as authorized by the Bankruptcy Court, you and the Company both agree to the terms stated herein.

    1.    The amount of your prepetition claim (net of any setoffs, credits, or discounts) (the "Critical Broker Claim") that you will be paid from the Company in the ordinary course of business is $___, subject to final reconciliation with the Company's books and records.

    2.    You agree to waive any general unsecured claim against the Company to the extent of the amount of any payment received under the Order.

    3.    You will continue to provide services to the Company postpetition on the following terms: [---insert terms---]

4.     During the pendency of the Bankruptcy Cases, you will continue to extend to the Company the foregoing Governing Trade Terms.

5.     The undersigned, a duly authorized representative of [\_\_\_\_], has reviewed the terms and provisions of the Order and agrees that [\_\_\_\_] is bound by such terms.

6.     If either the Critical Broker Payment Program or your participation therein terminates as provided in the Order, or you later refuse to continue to provide services to the Company on Governing Trade Terms during the pendency of the Bankruptcy Cases, the Debtors may then take any and all appropriate steps to cause you to repay payments made to it on account of your pre-petition Critical Broker Claim to the extent that such payments exceed the post-petition amounts then owing to you.

7.     Any dispute with respect to this letter agreement, the Order, and/or your participation in the Critical Broker Payment Program shall be determined by the Bankruptcy Court.

Should you have any questions about this agreement or the Bankruptcy Cases, please do not hesitate to contact us.

                              Sincerely,

                              Phoenix Brands LLC, et al.

                              By: _____

Accepted and Agreed

[---broker---]

By: _____, its _____

Dated: _____