IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| PHOENIX BRANDS LLC, *et al.*,[1] | ) ) ) | Case No. 16-11242 (BLS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
| | | **Related to Docket No. 13** |

## ORDER AUTHORIZING PHOENIX BRANDS LLC TO ACT AS FOREIGN REPRESENTATIVE ON BEHALF OF THE DEBTORS' ESTATES

The Court has reviewed the *Motion For An Order Authorizing Phoenix Brands LLC To Serve As Foreign Representative On Behalf Of The Debtors' Estates* (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and the First Day Declaration and has considered the statements of counsel and the evidence adduced with respect to the Motion at hearing before the Court (the "Hearing"). The Court hereby finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 157(b), (iii) notice of the Motion and the Hearing was sufficient under the circumstances, (iv) there is good cause to waive the fourteen-day stay imposed by Bankruptcy Rule 6004(h), and (v) that this Court may enter a final order consistent with Article II of the United States Constitution. After due deliberation, the Court has determined that the relief requested in the Motion is (i) in the best interests of the Debtors, their estates, and their creditors, and (ii) necessary to prevent immediate and irreparable harm to the Debtors and their estates.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Phoenix Brands LLC, (4609), Phoenix Brands Parent LLC, (8729), Phoenix North LLC, (no EIN), and Phoenix Brands Canada ULC (a Nova Scotia Company). The address of each of the Debtors is 1 Landmark Square, Suite 1810, Stamford, CT 06901, except Phoenix Brands Canada ULC, which is Box 50, 1 First Canadian Place, Toronto, Ontario, Canada M5X 1B8.

[2] Capitalized terms not otherwise defined in this order shall have the meanings given to them in the Motion.

## IT IS HEREBY FOUND AND DETERMINED THAT:[3]

1. The Motion is GRANTED as set forth herein.

2. All objections to the Motion or the relief requested therein, if any, that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3. Notice of the Motion was proper, timely, adequate and sufficient under the particular circumstances.

4. Debtor Phoenix Brands LLC is hereby authorized (i) act as the foreign representative of the Debtors; (ii) seek recognition by the Ontario Court of the Chapter 11 Cases and of orders made by the Court in the Chapter 11 Cases from time to time; (iii) request that the Ontario Court lend assistance to this Court; and (iv) seek any other appropriate relief from the Ontario Court that is just and proper.

5. This Court retains jurisdiction over all maters arising from or related to the implementation or interpretation of this Order.

6. This Order shall be immediately effective and enforceable upon its entry, and the fourteen-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

Dated: May 23, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[3] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent that any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such. All findings of fact and conclusions of law announced by the Court at the Bidding Procedures Hearing are hereby incorporated herein to the extent not inconsistent herewith.