IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHOENIX BRANDS LLC, *et al.*,[1] | ) | Case No. 16-11242 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 16 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND
REQUEST FOR HEARING WITH RESPECT TO DEBTORS'
COMBINED MOTION FOR ENTRY OF ORDERS: (I)
ESTABLISHING BIDDING AND SALE PROCEDURES AND
BID PROTECTIONS, INCLUDING BREAK-UP FEE;
AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006–1(e) scheduling an expedited hearing and shortening notice of the Bidding and Sale Procedures and Bid Protections, including Break-Up Fee as more fully described in the *Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures and Bid Protections, Including Break-Up Fee; (II) Approving the Sale of Assets; and (III) Granting Related Relief* (the "Bidding Procedures Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, and (b) the Motion to Shorten is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being adequate

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Phoenix Brands LLC, (4609), Phoenix Brands Parent LLC, (8729), Phoenix North LLC, (no EIN), and Phoenix Brands Canada ULC (a Nova Scotia Company). The address of each of the Debtors is 1 Landmark Square, Suite 1810, Stamford, CT 06901, except Phoenix Brands Canada ULC, which is Box 50, 1 First Canadian Place, Toronto, Ontario, Canada M5X 1B8.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

#6398946 v3 \024854 \0001

DOCS_DE:207361.4 70787/001

and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing (the "Hearing") on the Bidding and Sale Procedures and Bid Protections, including Break-Up Fee as set forth in the Bidding Procedures Motion shall be held on __June 7__, 2016 at __1:00 pm__ prevailing Eastern Time.

3. Any objections or responses to the relief requested in the Bidding Procedures Motion must be filed on or before __12 Noon__ on June 6, 2016, prevailing Eastern Time.

4. Immediately after the entry of this Order, counsel for the Debtors shall serve a copy of this Order and notice of the Motion to Shorten on parties originally served with the Motion to Shorten and the Bidding Procedures Motion in the manner described in the Motion to Shorten. The Debtors will also serve the Motion to Shorten and Bidding Procedures Motion by email where available.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: __May 23__, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

DOCS_DE:207361.4 70787/001