**EXHIBIT 2**

**Budget**

# Phoenix Brands LLC DIP Budget

($ in 000s)

| Week (Thurs – Wed) Ending: | Fcst 5/25/16 | Fcst 6/1/16 | Fcst 6/8/16 | Fcst 6/15/16 | Fcst 6/22/16 | Fcst 6/29/16 | Fcst 7/6/16 | Fcst 7/13/16 | Fcst 7/20/16 (Sale Date and TSAs Start) | Fcst 7/27/16 | Fcst 8/3/16 | Fcst 8/10/16 | Fcst 8/17/16 | Fcst 8/24/16 | Fcst 8/31/16 | Fcst 9/7/16 | Fcst 9/14/16 | Fcst 9/21/16 | Post-Petition Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance Cash** | $1,600 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,600 |
| **Inflows** | | | | | | | | | | | | | | | | | | | |
| Receipts | $841 | $613 | $713 | $913 | $913 | $913 | $1,090 | $1,090 | $1,090 | - | - | - | - | - | - | - | - | - | $8,175 |
| Pre-Closing Laundry Receivables | - | - | - | - | - | - | - | - | - | 553 | 553 | 704 | 704 | 628 | 628 | 628 | 314 | 314 | 5,025 |
| Pre-Closing RIT Receivables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TSA Fees | - | - | - | - | - | - | - | - | 307 | - | - | - | - | 307 | - | - | - | - | 614 |
| TSA Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Exchange Rate Loss on Transfer from Canada | - | - | - | - | - | (28) | - | - | (66) | - | - | - | - | - | - | - | - | (100) | (194) |
| Total Inflows | $841 | $613 | $713 | $913 | $913 | $885 | $1,090 | $1,090 | $1,332 | $553 | $553 | $704 | $704 | $935 | $628 | $628 | $314 | $214 | $13,621 |
| **Outflows** | | | | | | | | | | | | | | | | | | | |
| Payroll - Union | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | - | - | - | - | - | - | - | - | - | (314) |
| Payroll - Non-Union | (170) | (170) | (170) | (170) | (170) | (170) | - | (170) | (170) | - | - | - | (60) | - | - | - | - | (60) | (789) |
| Direct Payments Other | (10) | (10) | (10) | (13) | (11) | (10) | (13) | (13) | (10) | - | - | - | - | - | - | - | - | - | (97) |
| Disbursements | (513) | (748) | (482) | (733) | (661) | (770) | (1,174) | (809) | (808) | (538) | (269) | (269) | (60) | (68) | (68) | (68) | (68) | (60) | (8,019) |
| SG&A Costs Paid by TSA | - | - | - | - | - | - | - | - | (68) | (68) | (68) | (68) | (68) | (68) | (68) | (68) | (68) | (68) | (614) |
| Disbursements not paid by TSA (2) | - | - | - | - | - | - | - | - | (38) | (38) | (38) | (38) | (38) | (38) | (38) | (38) | (38) | (38) | (346) |
| Total Outflows | ($536) | ($940) | ($508) | ($926) | ($874) | ($963) | ($1,200) | ($859) | ($1,028) | ($645) | ($376) | ($376) | ($167) | ($107) | ($107) | ($107) | ($107) | ($167) | ($9,990) |
| Net Inflows/(Outflows) | 305 | (327) | 205 | (13) | 39 | (78) | (110) | 231 | 303 | (92) | 177 | 328 | 537 | 829 | 521 | 521 | 207 | 47 | 3,631 |
| DIP Fees, Interest and Adequate Protection Interest Expense | (26) | - | - | - | - | - | (125) | (261) | - | (134) | (28) | (28) | (126) | (209) | (28) | (28) | (123) | (116) | (633) |
| Restructuring Expenses | - | - | - | (94) | (92) | (25) | (28) | (28) | (134) | - | (33) | (33) | (208) | (206) | (33) | (103) | (103) | (148) | (1,176) |
| Monthly Transaction Fees | - | - | (55) | (65) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (55) |
| Repayments of Pre-Petition Debt | (1,722) | (813) | (918) | (913) | (913) | (885) | (1,090) | (1,263) | (1,332) | (553) | (697) | (1,003) | (909) | (1,731) | (1,122) | (1,122) | (314) | (748) | (17,874) |
| DIP Borrowings | 841 | 940 | 713 | 981 | 1,059 | 1,014 | 1,228 | 1,090 | 1,413 | 779 | 553 | 704 | 704 | 935 | 628 | 628 | 333 | 214 | 14,757 |
| Ending Cash Balance | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $250 | $250 |
| Pre-Petition Debt Ending Balance | 19,831 | 19,218 | 18,300 | 17,387 | 16,475 | 15,590 | 14,500 | 13,207 | 11,875 | 11,323 | 10,626 | 9,623 | 8,714 | 6,983 | 5,862 | 4,740 | 4,426 | 3,678 | 3,678 |
| DIP Ending Balance | 841 | 1,781 | 2,494 | 3,475 | 4,534 | 5,548 | 6,776 | 7,866 | 9,279 | 10,058 | 10,611 | 11,314 | 12,018 | 12,953 | 13,582 | 14,210 | 14,543 | 14,757 | 14,757 |

(1) The Company proposes to manage its availability to be approximately $1.0 million at the end of each weekly cycle to ensure sufficient liquidity
(2) These amounts are an estimate of the G&A costs not directly chargeable to a business unit, incurred by the Estate
(3) This projection assumes that the RIT Accounts Receivable are being sold
(4) US Trustee Fees are included in these amounts
(5) Application of proceeds from disposition of businesses are not included in the Senior Secured Debt balances

PHOENIX BRANDS  Quality Brands. Priced for Living.

# Phoenix Brands LLC Professional Fee Accrual Summary

**Cash Paid Schedule without Retainers Applied**

Sale Date TBA - Start 20-Jul

| Restructuring | 25-May | 1-Jun | 8-Jun | 15-Jun | 22-Jun | 29-Jun | 6-Jul | 13-Jul | 20-Jul | 27-Jul | 3-Aug | 10-Aug | 17-Aug | 24-Aug | 31-Aug | 7-Sep | 14-Sep | 21-Sep | Post - Petition Total (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Horne/Pant | $25,500 | 20,500 | 20,500 | 20,500 | 25,500 | 20,500 | 20,500 | 20,500 | 20,500 | 20,500 | 25,500 | 20,500 | 20,500 | 25,500 | 20,500 | 20,500 | 20,500 | 20,500 | 389,000 |
| Getzler Henrich | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,000 | 9,500 | 9,500 | 9,500 | 9,500 | 171,000 |
| Mentzon Cohen | | | | | 345,000 | | | | 300,000 | | | | 100,000 | | | | | | 35,000 |
| Pachulski Stang Ziehl Jones | | | | | 50,000 | | | | 50,000 | | 50,000 | | 50,000 | | | | | 25,000 | 175,000 |
| Carter Hoskin & Harcourt | | | | | 50,000 | | | | 25,000 | | | | | | | | | 12,500 | 67,500 |
| Debtor's Advisors (2) | $35,000 | 30,000 | 30,000 | 30,000 | $455,000 | $30,000 | 30,000 | $30,000 | 405,000 | 30,000 | $35,000 | 30,000 | $295,000 | $35,000 | 30,000 | 30,000 | 30,000 | 167,500 | $1,757,500 |
| Rust Omni | | | | | 25,000 | | | | 25,000 | | 12,500 | | 12,500 | | | | | 12,500 | 75,000 |
| Creditors Committee Professionals | | | | | 60,000 | | | | 60,000 | | 35,000 | | 35,000 | | | | | 25,000 | 200,000 |
| Total | $35,000 | 30,000 | 30,000 | 30,000 | $560,000 | $30,000 | 30,000 | $30,000 | 490,000 | 30,000 | $35,000 | 30,000 | $342,500 | $35,000 | 30,000 | 30,000 | 30,000 | 205,000 | $2,832,500 |
| | | | | | | | | | | | | | | | | | | | |
| Monthly Transaction Fees | | | | | | | | | | | | | | | | | | | |
| Houlihan Lokey | $ - | $ - | $ - | 55,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 55,000 |
| Total | $ - | $ - | $ - | 55,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 55,000 |
| | | | | | | | | | | | | | | | | | | | |
| Total Fees | $35,000 | 30,000 | 30,000 | 85,000 | $560,000 | $30,000 | 30,000 | $30,000 | 490,000 | 30,000 | $35,000 | 30,000 | $342,500 | $35,000 | 30,000 | 30,000 | 30,000 | 205,000 | $2,887,500 |

**Notes:**
(1) $2.6 million of retainers have not been applied against professional fees incurred following the Chapter 11 Filing
(2) Amount for post sale Debtor's professional fees will be reduced by $257,500. The allocation of that reduction will be determined at a later date