IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PHOENIX BRANDS LLC, *et al.*,[1] | Case No. 16-11242 (BLS) |
| Debtors. | (Jointly Administered) |
| | Related Docket Nos. 15, 16 and 53 |

Hearing Date: June 7, 2016 at 11:00 a.m. prevailing Eastern time
Objection Deadline: June 6, 2016 at 12:00 noon prevailing Eastern time

**NOTICE OF HEARING ON DEBTORS' COMBINED MOTION FOR ENTRY OF ORDERS: (I) ESTABLISHING BIDDING AND SALE PROCEDURES AND BID PROTECTIONS, INCLUDING BREAK-UP FEE AND (C) GRANTING RELATED RELIEF**

TO:   (a) the Office of the United States Trustee for the District of Delaware; (b) Madison Capital Funding, Agent for the Debtors' senior credit facility; (c) Fifth Street Asset Management Inc., a holder of the Debtors' senior debt and of the Debtors' subordinated debt; (d) Lincolnshire Management, the Debtors' Equity Sponsor; (e) the Debtors' largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions; (f) the Stalking Horse Purchasers (as defined in the Motion); and (g) any party filing a notice of appearance and request for service of papers

**PLEASE TAKE NOTICE** that on May 19, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Combined Motion for Entry of Orders: (i) Establishing Bidding and Sale Procedures and Bid Protections, Including Break-Up Fee; (ii) Approving the Sale of Assets; and (iii) Granting Related Relief* [Docket No. 15] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Phoenix Brands LLC, (4609), Phoenix Brands Parent LLC, (8729), Phoenix North LLC, (no EIN), and Phoenix Brands Canada ULC (a Nova Scotia Company). The address of each of the Debtors is 1 Landmark Square, Suite 1810, Stamford, CT 06901, except Phoenix Brands Canada ULC, which is Box 50, 1 First Canadian Place, Toronto, Ontario, Canada M5X 1B8.

**PLEASE TAKE FURTHER NOTICE** that on May 23, 2016, the Bankruptcy Court entered the *Order Granting Motion to Shorten Notice and Request for Hearing with respect to Debtors Combined Motion for Entry of Orders: (i) Establishing Bidding and Sale Procedures and Bid Protections, Including Break-Up Fee; and (ii) Granting Related Relief* [Docket No. 53] (the "Order Shortening Notice"). A copy of the Order Shortening Notice is attached hereto as Exhibit B. Pursuant to the Order Shortening Notice, a hearing on the Motion with respect to entry of the proposed Bidding Procedures Order (attached as Exhibit A to the Motion) shall be held on **June 7, 2016 at 1:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the proposed bidding procedures as described in the Motion must be filed with the Bankruptcy Court on or before **June 6, 2016 at 12:00 noon prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to the Debtors: Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022 (Attn: Joseph T. Moldovan, Esq. (bankruptcy@morrisoncohen.com)), and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington DE 19899 (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com)); (b) counsel to Madison Capital Funding, Agent for the Debtors' senior credit facility: Goldberg Kohn Ltd., 55 East Monroe, Suite 3300, Chicago, IL 60603 (Attn: Dimitri Karcazes (dimitri.karcazes@goldbergkohn.com), and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Robert Dehney (rdehney@mnat.com); (c) the Office of the United States Trustee (the "U.S. Trustee"): U.S. Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware,

DOCS_DE:207393.1 70787/001

19801 (Fax: 302-573-6497) (Attn: Hannah McCollum, Esq. (Hannah.McCollum@usdoj.gov));

and (d) counsel to any statutory committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DOCS_DE:207393.1 70787/001

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE BIDDING PROCEDURES PROPOSED BY THE MOTION WILL BE HELD ON **JUNE 7, 2016 AT 1:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

Dated: May 23, 2016

**PACHULSKI STANG ZIEHL & JONES LLP**

Laura Davis Jones (No. 2436)
Joseph M. Mulvihill (No. 6061)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899
Phone: 302.652.4100
Fax: 302.652.4400
Email: ljones@pszjlaw.com
       jmulvihill@pszjlaw.com

-and-

**MORRISON COHEN LLP**
Joseph T. Moldovan (Pro Hac Vice pending)
Robert K. Dakis (Pro Hac Vice pending)
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
email: bankruptcy@morrisoncohen.com
       rdakis@morrisoncohen.com

*Proposed Attorneys for Debtors
and Debtors-in-Possession*