# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PHOENIX BRANDS LLC, et al.,[1] | ) Case No. 16-11242 (BLS) |
| Debtors. | ) (Jointly Administered) |

**Related Docket Nos. 6 & 70**

**Hearing Date: June 15, 2016 at 11:00 a.m. prevailing Eastern time**
**Objection Deadline: June 8, 2016 at 4:00 p.m. prevailing Eastern time**

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING ON MOTION FOR AN ORDER (I) APPROVING THE CONTINUED USE OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (II) GRANTING RELATED RELIEF

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) Madison Capital Funding, Agent for the Debtors' senior credit facility; (c) Fifth Street Asset Management Inc., a holder of the Debtors' senior debt and of the Debtors' subordinated debt; (d) the Debtors' twenty largest unsecured creditors on a consolidated basis, as identified in the Debtors' chapter 11 petitions; (e) any party filing a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002; and (f) each of the banks and financial institutions at which the Debtors maintain their accounts

**PLEASE TAKE NOTICE** that on May 19, 2016, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Motion for an Order (I) Approving the Continued Use of the Debtors' Cash Management System, and (II) Granting Related Relief* [Docket No. 6] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit 1.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Phoenix Brands LLC, (4609), Phoenix Brands Parent LLC, (8729), Phoenix North LLC, (no EIN), and Phoenix Brands Canada ULC (a Nova Scotia Company). The address of each of the Debtors is 1 Landmark Square, Suite 1810, Stamford, CT 06901, except Phoenix Brands Canada ULC, which is Box 50, 1 First Canadian Place, Toronto, Ontario, Canada M5X 1B8.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court granted interim relief on the Motion and entered the *Interim Order (Order (I) Approving the Continued Use of the Debtors' Cash Management System, and (II) Granting Related Relief* (the "Interim Order") [Docket No. 70], attached hereto as Exhibit 2. Pursuant to the Interim Order, a final hearing on the motion shall be held on **June 15, 2016 at 11:00 a.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **June 8, 2016 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to the Debtors: Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022 (Attn: Joseph T. Moldovan, Esq. (bankruptcy@morrisoncohen.com)), and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington DE 19899 (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com)); (b) counsel to Madison Capital Funding, Agent for the Debtors' senior credit facility: Goldberg Kohn Ltd., 55 East Monroe, Suite 3300, Chicago, IL 60603 (Attn: Dimitri Karcazes (dimitri.karcazes@goldbergkohn.com)), and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Robert Dehney (rdehney@mnat.com)); (c) the Office of the United States Trustee (the "U.S. Trustee"): U.S. Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware, 19801 (Fax: 302-573-6497) (Attn: Hannah McCollum, Esq. (Hannah.McCollum@usdoj.gov)); and (d) counsel to any statutory committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **JUNE 15, 2016 AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

Dated: May 24, 2016

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (No. 2436)
Joseph M. Mulvihill (No. 6061)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899
Phone: 302.652.4100
Fax: 302.652.4400
Email: ljones@pszjlaw.com
          jmulvihill@pszjlaw.com

-and-

**MORRISON COHEN LLP**
Joseph T. Moldovan (Pro Hac Vice pending)
Robert K. Dakis (Pro Hac Vice pending)
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
email: bankruptcy@morrisoncohen.com
          rdakis@morrisoncohen.com

*Proposed Attorneys for Debtors
and Debtors-in-Possession*