**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Phoenix Brands LLC, *et al.* | : | Case No. 16-11242 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **XPO Logistics Worldwide, LLC,** Attn: Richard EF Valitutto, 4035 Piedmont Pkwy., High Point, NC 27265, Phone: 336-232-4128, Fax: 336-217-1847

2. **DS Containers, Inc.,** Attn: Mark J. Baiocchi, 1789 Hubbard Ave., Batavia, IL 60510, Phone: 630-406-9600, Fax: 630-406-1438

3. **Akzo Nobel Surface Chemistry LLC,** Attn: Keith Porapaiboon, 525 W. Van Buren, Chicago, IL 60640, Phone: 312-544-7472, Fax: 312-544-7379

4. **International Paper,** Attn: Mark Wilkund, 1740 International Dr., Memphis, TN 38197, Phone: 901-419-1299

5. **Berry Plastics Corporation**, Attn: Tammy Alstadt, 101 Oakley St., Evansville, IN 47710, Phone: 812-306-2423, Fax: 812-250-0861


          ANDREW R. VARA
          Acting United States Trustee, Region 3


          /s/ Hannah McCollum for
          T. PATRICK TINKER
          ASSISTANT UNITED STATES TRUSTEE

DATED: June 1, 2016

Attorney assigned to this Case: Hannah McCollum, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400