**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

Debtor's Name: Phoenix Brands Liquidating Trust          Bank: East West Bank

Bankruptcy Number: 16-11242                              Account Number: ____5237

Date of Confirmation: December 27, 2016                  Account Type: Disbursement

Reporting Period (month/year): Quarter ending September 2018

| | |
|---|---|
| Beginning Cash Balance: (6/30/2018) | $ 414,820.57 |

All receipts received by the debtor:

| | |
|---|---|
| Tax Refunds: | $ - |
| Collection of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Cash Transfers from Phoenix Brands: | $ - |
| Total of cash received: | $ - |
| Total of cash available: | $ 414,820.57 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 4,573.38 |
| State Tax payments: | $ - |
| US Trustee Fees: | $ 6,500.00 |
| Reimbursement of collections received by Phoenix Brands per Transitional Service Agreeements with Buyers: | $ - |
| All other disbursements made in the ordinary course: | $ 1,443.75 |
| Total Disbursements | $ 12,517.13 |
| Ending Cash Balance (9/30/2018) | $ 402,303.44 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/11/18

Joseph T. Moldovan, Trustee

Debtor: Phoenix Brands Liquidating Trust          Case Number: 16-11242

Document Number: 190074    Version: 1

| | 9/30/2018 | 6/30/2018 | 3/31/2018 | 12/31/2017 | 9/30/2017 | 6/30/2017 | 3/31/2017 | 5/19/2016 |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Cash (Unrestricted) | 402,303 | 414,821 | 425,403 | 249,456 | 515,970 | 757,500 | 916,378 | 2,115,205 |
| Cash (Restricted) | | | | | | | | |
| Accounts Receivable (Net) | | | | | | | | 6,275,361 |
| Inventory | | | | | | | | 7,784,940 |
| Notes Receivable | | | | | | | | |
| Prepaid Expenses | | | | | | | | 1,089,287 |
| Other (Attach List) (1) | - | - | - | - | - | 48,579 | 48,579 | |
| Total Current Assets | 402,303 | 414,821 | 425,403 | 249,456 | 515,970 | 806,079 | 964,956 | 17,264,793 |
| **Property, Plant & Equipment** | | | | | | | | |
| Real Property & Improvements | | | | | | | | |
| Machinery & Equipment | | | | | | | | 5,161,307 |
| Furniture, fixtures & Office Equipment | | | | | | | | 247,001 |
| Vehicles | | | | | | | | |
| Leasehold Improvements | | | | | | | | 149,734 |
| Less: Accumulated Depreciation/Depletion | | | | | | | | (4,718,137) |
| Total Property, Plant & Equipment | - | - | - | - | - | - | - | 839,904 |
| Due from Affiliates & Insiders | | | | | | | | |
| Other (Attach List) | | | | | | | | 23,637,137 |
| Total Assets | 402,303 | 414,821 | 425,403 | 249,456 | 515,970 | 806,079 | 964,956 | 41,741,835 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | | | | | | | |
| Accounts Payable | - | - | - | - | 1,878 | 20,576 | 32,128 | - |
| Taxes Payable | - | - | - | - | 3,585 | - | 11,200 | 84,002 |
| Notes Payable | | | | | | | | |
| Professional Fees (2) | 815,066 | 815,066 | 815,066 | 815,066 | 1,065,066 | 1,095,066 | 1,095,066 | |
| Secured Debt | | | | | | | | |
| Due to Affiliates & Insiders | | | | | | | | |
| Other (Attach List) | - | - | - | - | 51,700 | 51,700 | 71,700 | - |
| Total Postpetition Liabilities | 815,066 | 815,066 | 815,066 | 815,066 | 1,122,229 | 1,167,342 | 1,210,094 | 84,002 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | | | | | | | |
| Secured Debt | | | | | | | | 23,336,567 |
| Priority Debt - Per Plan | 3,301 | 3,301 | 3,301 | 3,301 | 40,978 | 46,978 | 46,978 | |
| Unsecured Debt - Per Plan | 45,845,204 | 45,845,204 | 45,845,204 | 46,739,117 | 47,293,117 | 47,234,256 | 47,234,256 | 41,223,731 |
| Administrative - Per Plan | - | 106,513 | 106,513 | 114,513 | 201,282 | 542,255 | 692,102 | |
| Other Pre-petition | | | | | | | | 9,312,336 |
| Total Pre-petition Liabilities | 45,848,505 | 45,955,018 | 45,955,018 | 46,856,931 | 47,535,377 | 47,823,490 | 47,973,336 | 73,872,633 |
| Total Liabilities | 46,663,571 | 46,770,084 | 46,770,084 | 47,671,997 | 48,657,606 | 48,990,831 | 49,183,430 | 73,956,635 |
| **Equity** | | | | | | | | |
| Common Stock | | | | | | | | |
| Retained Earnings (Deficit) | | | | | | | | (96,709,578) |
| Total Equity (Deficit) | (46,261,267) | (46,355,263) | (46,344,681) | (47,422,541) | (48,141,636) | (48,184,752) | (48,218,473) | 64,494,778 |
| Total Liabilities & Owners' Equity | 402,303 | 414,821 | 425,403 | 249,456 | 515,970 | 806,079 | 964,956 | 41,741,835 |

(1) Included in other Trust assets, but in undetermined amounts (so not included in balance) are amounts due from XPO related to freight and logistics as well as potential litigation recovery from XPO as a preference recipient.

(2) This reflects pre-confirmation professional fees and does not include fees incurred for Trust counsel in undetermined amounts.

Document Number: 190074   Version: 1

| Other Current Assets (1) | 6/30/2017 |
|---|---|
| Refund of insurance premiums | 48,578.65 |
| Other Current Assets (1) | 3/31/2017 |
| Refund of insurance premiums | 48,578.65 |

| Other assets | 5/19/2016 |
|---|---|
| Goodwill | 6,277,137.06 |
| Intangibles | 17,360,000.00 |
| Total | 23,637,137.06 |

(1) Included in other Trust assets, but in undetermined amounts (so not included in balance) are amounts due from XPO related to freight and as well as potential litigation recoveries from preference recipients.

| Other Liabilities | 9/30/2017 |
|---|---|
| PWC fees for preparing 2016 federal, state, Canada tax returns | 91,700.00 |
| Less initial installment payment | (20,000.00) |
| Less initial installment payment | (20,000.00) |
| | 51,700.00 |

| Other Liabilities | 6/30/2017 |
|---|---|
| PWC fees for preparing 2016 federal, state, Canada tax returns | 91,700.00 |
| Less initial installment payment | (20,000.00) |
| Less initial installment payment | (20,000.00) |
| | 51,700.00 |

| Other Liabilities | 3/31/2017 |
|---|---|
| PWC fees for preparing 2016 federal, state, Canada tax returns | 91,700.00 |
| Less initial installment payment | (20,000.00) |
| | 71,700.00 |